**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

WESLEY MCCONNELL,

    Plaintiff,

v.

ASHLEY SCHULTZ,

    Defendant.

---

**NOTICE OF REMOVAL**

---

Notice is hereby given that pursuant to 28 U.S.C. §2679(d), the above-captioned action, originally filed in the District Court for El Paso County, Case No. 2024CV30197, has been removed to United States District Court for the District of Colorado. The grounds for removal are as follows:

1.    At the time of the events alleged in the Complaint, Master Sergeant ("MSgt") Ashley Schultz was a full-time Paralegal Officer working for the 310th Space Wing Judge Advocate at Schriever Space Force Base (formerly Schriever Air Force Base) for the United States Air Force.

2.    In the Complaint filed in the District Court for El Paso County, Plaintiff asserts several tort claims—defamation, intentional infliction of emotional distress, and negligent infliction of emotional distress—against MSgt Schultz related to a report of alleged sexual misconduct that she made against him in 2019. *See* Attach. 1 at 9–10 (State Court Complaint). The Complaint alleges that MSgt Schultz reported the alleged sexual misconduct by Plaintiff

1

"intentionally to harm" his reputation, promotion potential, and his mental and emotional wellbeing. *See Id*. at 9–10. Plaintiff seeks more than $100,000 in damages related to his claims, as well as injunctive relief in the form of a cease-and-desist order against MSgt Schultz. *See* Attach. 2 (State Court Cover Sheet).

3.     Under the Federal Tort Claims Act, when a claim is brought against a federal employee in state or federal court seeking damages based on the employee's allegedly "negligent or wrongful act or omission," the Attorney General, or delegee, may certify that the employee was acting "within the scope of his office or employment at the time of the incident out of which the claim arose." 28 U.S.C. § 2679(b)(1), (d)(1). The Attorney General has delegated certification authority to the United States Attorneys. *See* 28 C.F.R. § 15.4.

4.     The United States Attorney for the District of Colorado has certified that MSgt Schultz was acting within the scope of her employment with respect to all acts or omissions that are the subject of this case. *See* Attach. 3 (United States Attorney's Certification).

5.     Pursuant to 28 U.S.C. § 2679(d)(2), upon such certification that the defendant was acting within the scope of her employment at the time of the incident out of which the suit arose, the state court action "shall be removed without bond at any time before trial . . . to the district court of the United States" of the place where the action is pending.

6.     The action may be removed to federal district court at any time before the trial or final hearing. *See* 28 U.S.C. §§ 1442a, 2679(d)(2). Here, the Clerk in the District Court for El Paso County has entered a default against MSgt Schultz, but that court has not held a trial or final hearing.

7.     In compliance with D.C.COLO.LCivR 81.1(b), undersigned counsel will

promptly file with this Court a current docket sheet and copies of any pending motion, petition, and related response, reply, and brief.

WHEREFORE, notice is given that the action now pending in the District Court for El Paso County, Case No. 2024CV30197, has been removed to this Court.

Dated:  March 28, 2024                                   Respectfully submitted,
                                                         COLE FINEGAN
                                                         United States Attorney

                                                         s/ *Erika Kelley*
                                                         Erika A. Kelley
                                                         Assistant United States Attorney
                                                         1801 California St., Suite 1600
                                                         Denver, Colorado 80202
                                                         Telephone: (303) 454-0103
                                                         erika.kelley@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to any party who has entered an appearance in this matter to the e-mail addresses provided in CM/ECF.

ronalda.kosh.1@us.af.mil

      I further certify that on March 28, 2024, I sent the foregoing via email, and directed personnel of the United States Attorney's Office to mail the foregoing via U.S. Mail, to the following non-CM/ECF participants:

Wesley McConnell
P.O. Box 1067
Palmer Lake, CO 80133
wes.e.mcconnell@gmail.com

Plaintiff, *pro se*

                                             *s/Erika A. Kelley*
                                             Erika A. Kelley
                                             United States Attorney's Office