## Register of Actions

|  | Filed by Plaintiff/Petitioner | **Case Number:** 2024CV030197 | **Division:** 22 |
|---|---|---|---|
|  | Filed by Defendant/Respondent | **Case Type:** Personal Injury | **Judicial Officer:** William B Bain |
|  | Filed by Court | **Case Caption:** McConnell, Wesley v. Schultz, Ashley | **Court Location:** El Paso County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 03/11/2024 8:58 PM | William B Bain | El Paso County | N/A | Order *(Related Document)* | Order: Request for Clerk's Entry of Default- Granted | Public |
| CD0321D8B209C | 03/11/2024 6:34 AM | Wesley Eric McConnell Esq. | McConnell Law PC | Wesley Mcconnell | Request *(Related Document)* | Request for Clerk's Entry of Default | Public |
| 5D650AD4BDD73 | 02/02/2024 9:11 AM | Wesley Eric McConnell Esq. | McConnell Law PC | Wesley Mcconnell | Return of Service | Return of Service | Public |
| DB302C382D5CE | 02/01/2024 11:05 AM | Wesley Eric McConnell Esq. | McConnell Law PC | Wesley Mcconnell | Complaint | Complaint | Public |
|  |  |  |  |  | Summons | Summons | Public |
|  |  |  |  |  | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Ashley Schultz | Defendant | Defaulted | N/A |
| Wesley Mcconnell | Plaintiff | Active | WESLEY ERIC MCCONNELL (McConnell Law PC) |