| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 S. Tejon Street<br>Colorado Springs, Colorado 80903<br>719-452-5000 | **GRANTED BY COURT**<br>**03/11/2024**<br>DATE FILED: March 11, 2024 8:58 PM<br>CASE NUMBER: 2024CV30197<br><br>**WILLIAM B BAIN**<br>District Court Judge |
| Wesley McConnell, Plaintiff,<br><br>V.<br><br>Ashley Schultz, Defendant | **COURT USE ONLY** |
| Wes McConnell, #45545<br>P.O. Box 1067<br>Palmer Lake, CO 80133<br>wes.e.mcconnell@gmail.com<br>719-419-4766 | Case Number: 2023CV30197<br><br>Division:          Courtroom: |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to CRCP 55(a), Plaintiff asks the court to direct the Clerk to enter a default against Defendant Ashley Schultz.

Plaintiff states:

1. Plaintiff filed this action on February 1, 2024.

2. Defendant Schultz was properly served with a copy of the Summons and Complaint and Civil Case Cover Sheet on February 1, 2024. See Return of Service filed February 2, 2024.

3. Defendant Schultz has failed to file an Answer or other responsive pleading within the time allotted.

4. C.R.C.P. 55(a) provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and the fact is made to appear by affidavit or otherwise, the clerk shall enter his default."

WHEREFORE, Plaintiff asks the Clerk to enter a default against Defendant Schultz. Plaintiff anticipates filing a Motion for Default Judgment as allowed by CRCP 55.

*[signature]*
Wes McConnell
Plaintiff
719-419-4766
wes.e.mcconnell@gmail.com

## PLAINTIFF'S LAWYER CERTIFICATE OF SERVICE

I certify that on March 7, 2024, I sent a copy of this document to Defendant at the following address:

Ashley Schultz
2320 Peyton Highway
Peyton, CO 80

*[signature]*
Wes McConnell
Plaintiff