| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 S. Tejon Street<br>Colorado Springs, Colorado 80903<br>719-452-5000 | |
| Wesley McConnell, Plaintiff,<br><br>V.<br><br>Ashley Schultz, Defendant | **COURT USE ONLY** |
| Wes McConnell, #45545<br>Attorney for Plaintiff<br>P.O. Box 1067<br>Palmer Lake, CO 80133<br>wes.e.mcconnell@gmail.com<br>719-419-4766 | Case Number:<br><br><br><br>Division:        Courtroom: |
| **DISTRICT COURT CIVIL CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT** ||

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV) or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 applies to this case unless (check one box below if this party asserts that C.R.C.P. 16.1 does not apply):

    ___ This is a class action, forcible entry and detainer, Rule 106, Rule 120 or other similar expedited proceeding, or

    **X** This party is seeking a monetary judgment against another party for more than $100,000, including any penalties or punitive damages but excluding attorney fees, interest and costs, as supported by the following certification:

    > "By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

OR

    ___ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.  This party makes a Jury Demand at this time and pays the requisite fee. See C.R.C.P. 38.

Date: January 25, 2024

*[signature]*

Wes McConnell
Attorney for Plaintiff
McConnell Law, P.C.
P.O. Box 1067
Palmer Lake, Co 80133
719-419-4766

NOTICE: This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint.

***Pursuant to C.R.C.P. 121, Section 1-26(7) a copy of this document with original and/or scanned signatures is maintained at the offices of McConnell Law, P.C. and will be made available for inspection by other parties or the Court upon request.***